# EXHIBIT A



# DISPLAY YOUR 3D NEWSPAPER / PUBLICATION ONLINE!



*One-time very low fee!*

Give life to your publication! Create an impressive digital edition using epaperflip by Aglaia software.

The converted editions are suitable for on-line and off-line version.

## Why publish your edition online with us?



- **Increase Your Income** - increase subscription sale; increase your advertising and the numbers of distributed copies.
- **Lower Your Business costs** - lower printing & distribution cost, while taking advantage of our attractive low pricing.
- **Unlimited Zoom** - finally your readers will be able to read clearly and easily any part of your digital edition. With epaperflip your readers can instantaneously zoom in, and view a perfectly clear, vector text and images of a select area.
- **Go Green** - Your readers will appreciate your contribution to the environment. A paperless, online version of your publication means no trees being used, no recycling costs and no waste collection costs.
- **Preserve The Look & Feel of Your Original Publication**
- **Open The Door to Whole New Markets**
- **Your Clients Can View Your Publication w/in Just Seconds from Mailing**

Send your sample edition to us, and we will convert it to a digital publication

## FOR FREE!

Simply go to www.epaperflip.com

For more information about epaperflip:
Toll Free: (866)-930-FLIP

*To be removed from our list, please call Toll Free (800) 915-2571 ext 51410 or fax back to (818) 225-0725

4768 Park Granada suite 108 Calabasas, CA 91302
Toll Free (866)930-FLIP, DIR (818)225-0325, FAX(818)225-0725 www.epaperflip.com